1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LE, | ) No. CV 14-9759 FFM |
|---|---|
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated April 22, 2016.

DATED: April 22, 2016

                                                                /S/ FREDERICK F. MUMM
                                                                   FREDERICK F. MUMM
                                                              United States Magistrate Judge